FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 05 2023

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL COBB | Criminal Informatoin<br><br>No. 4:22-cr-40-WMR |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about August 16, 2021, in the Northern District of Georgia, the defendant, MICHAEL COBB, knowing that he had been previously convicted in the Superior Court of Catoosa County, Georgia, of at least one of the following crimes punishable by imprisonment for a term exceeding one year:

- Aggravated Assault and Terroristic Threats, in or about September 2003; and

- False Imprisonment, Burglary, and Aggravated Assault, in or about 2006,

did knowingly possess at least one of the following rounds of ammunition:

- Seven (7) rounds of 9mm Luger ammunition; and

- Forty (40) rounds of .223 ammunition,

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Forfeiture Provision

Upon conviction of the offense alleged in this Criminal Information, the defendant, MICHAEL COBB, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the offense, including, but not limited to, the following items seized from the Defendant on or about August 16, 2021:

- Seventeen (17) magazines and the ammunition contained therein;
- A black AR-15 style rifle with sling and Piney scope;
- A black AR-15 style rifle with Trijicon scope;
- A black P80 9mm pistol;
- A tan P80 .45 caliber pistol;
- Spartan body armor;
- Five (5) P80 receiver jigs; and
- Three (3) P80 lower receivers.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
 *United States Attorney*

*Noah R. Schechtman*

NOAH R. SCHECHTMAN
 *Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181